UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STACEY IDDINGS,

    Plaintiff,                                          CASE NO.:  5:17-CV-00075-JSM-PRL

-vs-

CITIMORTGAGE, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Stacey Iddings, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system which has supplied electronic notice of the same to all parties of record.

Dated this 16th day of February, 2018.

                                        */s/ Octavio Gomez*
                                        Octavio "Tav" Gomez, Esquire
                                        Morgan & Morgan, Tampa,  P.A.
                                        One Tampa City Center
                                        201 N. Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Tele: (813) 223-5505
                                        Fax:  (813) 223-5402
                                        TGomez@ForThePeople.com
                                        Florida Bar #: 0338620
                                        Attorney for Plaintiff